**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA M. BARO, | Case No. 2:18-cv-01473-RFB-VCF |
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| v. | |
| TRANSUNION, LLC, | |
| Defendant. | |

Plaintiff Cecilia M. Baro ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On August 8, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 31, 2018. Trans Union needs additional time to investigate, locate and assemble the documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 21, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 22nd day of August, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*

David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including September 21, 2018 is so ORDERED AND ADJUDGED.

Dated this 22nd day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE