1  WRIGHT, FINLAY & ZAK, LLP
   Ace C. Van Patten, Esq.
2  Nevada Bar No. 0050
   Ramir M. Hernandez, Esq.
3  Nevada Bar No. 11731
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   avanpatten@wrightlegal.net
6  rhernandez@wrightlegal.net
7  *Attorneys for Defendant, Select Portfolio Servicing, Inc.*

8              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
9

10 CECILIA M. BARO,                          Case No.:  2:18-cv-01473-RFB-VCF

11          Plaintiff,                       **STIPULATION TO EXTEND**
                                             **DEADLINE TO FILE RESPONSIVE**
12     vs.                                   **PLEADING**

13 TRANS UNION, LLC, AND SELECT              **(FIRST REQUEST)**
14 PORTFOLIO SERVICING, INC.,

15          Defendants.

16

17        Plaintiff, Cecilia M. Baro ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc.

18 ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and

19 agree as follows:

20        On October 2, 2018, Plaintiff filed her First Amended Complaint [ECF No. 8]. SPS was

21 served with Plaintiff's First Amended Complaint on October 3, 2018. The Parties have

22 discussed extending the deadline for SPS to respond to the complaint.  Based on the above

23 service, SPS's answer or responsive pleading is due on or before October 24, 2018.

24        WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file

25 its responsive pleading by two weeks to November 7, 2018.

26 ///

27 ///

28 ///

1    This is the first stipulation for extension of time for SPS to file its response to Plaintiff's

2  First Amended Complaint. The parties request this extension in order to explore the claims of

3  the case and discuss possible resolution. The extension is requested in good faith and is not for

4  purposes of delay or prejudice to any other party.

5

6  DATED this 23rd day of October, 2018.          DATED this 23rd day of October, 2018.

7  WRIGHT, FINLAY & ZAK, LLP                       HAINES& KRIEGER, LLC

8  */s/ Ramir M. Hernandez*                         */s/ David H. Krieger*
   Ace C. Van Patten, Esq.                          David H. Krieger, Esq.
9  Nevada Bar No. 0050                              Nevada Bar No. 9086
   Ramir M. Hernandez, Esq.                         8985 S. Eastern Avenue, Suite 350
10 Nevada Bar No. 11731                             Henderson, Nevada 89123
   7785 W. Sahara Ave., Suite 200                   *Attorney for Plaintiff, Cecilia M. Baro*
11 Las Vegas, NV 89117
   *Attorneys for Defendant, Select Portfolio*
12 *Servicing, Inc.*

13

14

15

16                                                 IT IS SO ORDERED:

17                                                 _____

18                                                 UNITED STATES MAGISTRATE JUDGE

19                                                         10-23-2018
                                                   DATED: _____
20

21

22

23

24

25

26

27

28